In the Matter of BETHANY C. and Another, Infants. MELINDA S., Appellant; WAYNE COUNTY DEPARTMENT OF SOCIAL

Services, Respondent. [642 NYS2d 829] —Order unanimously affirmed without costs for reasons stated in decision at Wayne County Family Court, Strobridge, J. (Appeal from Order of Wayne County Family Court, Strobridge, J.—Terminate Parental Rights.) Present—Green, J. P., Fallon, Wesley, Davis and Boehm, JJ.